IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-CR-169-M-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON JEQUAN POWELL,

    Defendant.

ORDER

This matter comes before the court on Defendant's Motion for Compassionate Release [DE 148]. The United States shall file a response to the motion on or before August 30, 2024.

SO ORDERED this 12th day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE